

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
NICHOLAS F. ADAMS, ESQ.
Nevada Bar No. 14813
E-mail: Nicholas.Adams@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
*Attorneys for LVGV, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Ann Marie Reynolds,<br><br>                Plaintiff,<br><br> vs.<br><br>LVGV, LLC dba The M Resort Spa and Casino, a Domestic Limited-Liability Company; The Burks Companies, Inc., a Georgia Corporation; Does I-X, inclusive; and Roe Corporations I-X, inclusive<br><br>                Defendants. | Case No.: 2:24-cv-00948-ART-DJA<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER; SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

1. **Meeting**:  The parties conducted the Rule 26(f) conference on May 21, 2024.

2. **Pre-Discovery Disclosures**:  The parties have not yet served their Rule 26(a)(1) disclosures.

3. **Discovery Plan**:  The parties propose the discovery period below, calculated from the removal petition filed May 21, 2024.

| | Default Schedule |
|---|---|
| Amending the Pleadings and Adding Parties | August 19, 2024 |
| Initial Expert Disclosures | September 17, 2024 |
| Rebuttal Expert Disclosures | October 17, 2024 |
| Discovery Closes | November 15, 2024 |
| Dispositive Motions | December 16, 2024 |
| Pre-Trial Order, if no Dispositive Motions | January 15, 2025 |

297136513v.1

The parties certify that they have conferred about the possibility of using alternative dispute resolution processes, but concluded they are not mutually beneficial at this time.  The parties also considered consent to trial by a magistrate judge and the use of the Short Trial Program.  Further, the parties have discussed electronic evidence, but to date have no electronic evidence to present.

Dated:  May 30, 2024

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

**THE 702 FIRM INJURY ATTORNEYS**

*/s/ Nicholas F. Adams, Esq.*
Michael P. Lowry, Esq.
Nevada Bar No. 10666
Nicholas F. Adams, Esq.
Nevada Bar No. 14813
*Attorneys for LVGV, LLC*

*/s/ Matt Pawlowski, Esq.*
Matthew P. Pawlowski, Esq.
Nevada Bar No. 9889
*Attorneys for Ann Reynolds*

**THORNDAL ARMSTRONG, P.C.**

*/s/ Michael Hetey, Esq.*
Michael C. Hetey, Esq.
Nevada Bar No. 5668
*Attorneys for The Burks Companies, Inc.*

**IT IS SO ORDERED**.

DATED: 5/31/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

-2-

297136513v.1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on May 30, 2024, I served the **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER; SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** as follows:

☐      by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒      via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| THE702FIRM INJURY ATTORNEYS<br>8335 W. Flamingo Road<br>Las Vegas, NV 89147<br>*Attorneys for Ann Reynolds* | THORNDAL ARMSTRONG, P.C.<br>600 S. Las Vegas Blvd., Suite 400<br>Las Vegas, NV 89101<br>*Attorneys The Burks Companies, Inc.* |
|---|---|

BY:   */s/ Joyce L. Radden*

An Employee of



297136513v.1

**Radden, Joyce L.**

| | |
|---|---|
| **From:** | Adams, Nicholas |
| **Sent:** | Wednesday, May 29, 2024 5:23 PM |
| **To:** | Michael C. Hetey; Matt Pawlowski |
| **Cc:** | Lara M. Feldstein; Jennifer Hodge; Alisha Watson |
| **Subject:** | RE: Reynolds v. LVGV, LLC, et. al.  5.29.24 re: response to proposed Joint Status Report and Stipulated Discovery Plan / Scheduling Order |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Sorry about the signature block I will fix that before submitting.

Thanks,


Nicholas Adams
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
702.727.1235 (Direct)
702.727.1400 (Main)
702.727.1401 (Fax)
nicholas.adams@wilsonelser.com


---

**From:** Michael C. Hetey <mch@thorndal.com>
**Sent:** Wednesday, May 29, 2024 10:34 AM
**To:** Adams, Nicholas <Nicholas.Adams@wilsonelser.com>; Matt Pawlowski <Matt@the702firm.com>
**Cc:** Lara M. Feldstein <lmf@thorndal.com>; Jennifer Hodge <jxh@thorndal.com>; Alisha Watson <amw@thorndal.com>
**Subject:** RE: Reynolds v. LVGV, LLC, et. al. 5.29.24 re: response to proposed Joint Status Report and Stipulated Discovery Plan / Scheduling Order

**EXTERNAL EMAIL** This email originated from outside the organization.


If you can kindly change that to be my name for my e-signature it would be appreciated.

For the draft Stipulated Discovery Plan and Scheduling Order, that is acceptable


Let me know if you have any questions.  Thanks.

Sincerely,

Michael C. Hetey | Shareholder | Thorndal Armstrong, PC
**PLEASE NOTE OUR NEW ADDRESS**
**600 S. Las Vegas Blvd., Suite 400 | Las Vegas, NV  89101**
Phone: (702) 366-0622 | Facsimile: (702) 366-0327 | Cell: (702) 860-8343
mch@thorndal.com
_____

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s).  Any review, use, distribution or disclosure by others is strictly prohibited.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.



---

**From:** Adams, Nicholas <Nicholas.Adams@wilsonelser.com>
**Sent:** Wednesday, May 29, 2024 9:30 AM
**To:** Michael C. Hetey <mch@thorndal.com>; Matt Pawlowski <Matt@the702firm.com>
**Cc:** Lara M. Feldstein <lmf@thorndal.com>; Jennifer Hodge <jxh@thorndal.com>; Alisha Watson <amw@thorndal.com>
**Subject:** RE: Reynolds v. LVGV, LLC, et. al.

Hi Michael,

Just following up to see if you had a chance to review.

Best,


Nicholas Adams
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
Las Vegas, NV 89119
702.727.1235 (Direct)
702.727.1400 (Main)
702.727.1401 (Fax)
nicholas.adams@wilsonelser.com



---

**From:** Michael C. Hetey <mch@thorndal.com>
**Sent:** Friday, May 24, 2024 12:57 PM
**To:** Matt Pawlowski <Matt@the702firm.com>
**Cc:** Adams, Nicholas <Nicholas.Adams@wilsonelser.com>; Lara M. Feldstein <lmf@thorndal.com>; Jennifer Hodge <jxh@thorndal.com>; Alisha Watson <amw@thorndal.com>
**Subject:** Re: Reynolds v. LVGV, LLC, et. al.

**EXTERNAL EMAIL** This email originated from outside the organization.


I will review and reply asap.

Sincerely,
Michael C. Hetey | Shareholder
Thorndal Armstrong, PC

**PLEASE NOTE OUR NEW ADDRESS**
**600 S. Las Vegas Blvd.,**
**Suite 400**
**Las Vegas, NV. 89101**
Phone: (702) 366-0622
Fax: (702) 366-0327
Cell: (702) 860-8343
mch@thorndal.com
_____

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s).  Any review, use, distribution or disclosure by others is strictly prohibited.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

On May 24, 2024, at 12:53 PM, Matt Pawlowski <Matt@the702firm.com> wrote:

Hi Nicholas -

Both are approved as to form and content for my e-signature, pending approval from other counsel.

Thank you and have a great day,

Matthew P. Pawlowski, Esq.
Senior Associate Attorney
**THE702FIRM** Injury Attorneys
**Direct Dial:  702-224-2049**
E-mail:  Matt@the702firm.com

___

**From:** Adams, Nicholas <Nicholas.Adams@wilsonelser.com>
**Sent:** Friday, May 24, 2024 11:41 AM
**To:** Matt Pawlowski <Matt@the702firm.com>; Michael C. Hetey <mch@thorndal.com>
**Subject:** Reynolds v. LVGV, LLC, et. al.

**IRONSCALES couldn't recognize this email as this is the first time you received an email from this sender Nicholas.Adams@wilsonelser.com**

Hi all,

Since this case is removed, we took the liberty of preparing the joint status report and the proposed discovery plan.

Let me know if we have your permission to submit.

Best,

Nicholas Adams
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
Las Vegas, NV 89119
702.727.1235 (Direct)
702.727.1400 (Main)
702.727.1401 (Fax)
nicholas.adams@wilsonelser.com

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.