UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ann Marie Reynolds,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LVGV, LLC dba The M Resort Spa and Casino, a Domestic Limited-Liability Company; The Burks Companies, Inc., a Georgia Corporation; Does I-X, inclusive; and Roe Corporations I-X, inclusive<br><br>　　　　　　Defendants. | Case No. 2:24-cv-00948-ART-DJA<br><br>**ORDER GRANTING**<br><br>Stipulation to Dismiss with Prejudice |

The parties stipulate to dismiss all claims with prejudice, each to bear their own fees and costs.

| | |
|---|---|
| **THE 702 FIRM INJURY ATTORNEYS**<br><br>_[signature]_<br><br>Matthew P. Pawlowski, Esq.<br>Nevada Bar No. 9889<br>_Attorneys for Ann Reynolds_ | **WILSON ELSER**<br><br>/s/ Nicholas F. Adams, Esq.<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Nicholas F. Adams, Esq.<br>Nevada Bar No. 14813<br>_Attorneys for LVGV, LLC_ |
| **THORNDAL ARMSTRONG, P.C.**<br><br>/s/ Michael Hetey, Esq.<br>Michael C. Hetey, Esq.<br>Nevada Bar No. 5668<br>_Attorneys for The Burks Companies, Inc._ | **IT IS SO ORDERED.**<br><br>_[signature]_<br><br>Anne R. Traum, U.S. District Judge<br><br>DATED: August 28, 2025 |